**Lawrence O. KELLOGG et al., Appellants, v. SPEEDAUMAT MANUFACTURING COMPANY, a Corporation of Delaware.**

No. 9611.

Circuit Court of Appeals, Eighth Circuit.

March 14, 1933.

Charles C. Reif and G. H. Braddock, both of Minneapolis, Minn., for appellant.

William O. Belt, of Chicago, Ill., A. C. Paul and Maurice Moore, both of Minneapolis, Minn., for appellee.

PER CURIAM.

Appeal from interlocutory order dismissed, without costs to either party in this court, on motion of appellee and consent of appellant.

**George W. KIRK, Appellant, v. James W. GOOD, Secretary of War, et al.**

No. 9750.

Circuit Court of Appeals, Eighth Circuit.

May 20, 1933.

George W. Kirk, of Charleston, Mo., for appellant.

John C. Dyott, Sp. Asst. to the U. S. Atty., of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal docketed and dismissed, without costs to either party in this court, on motion of counsel for appellees and stipulation of parties.

**Everett KNAUS, Appellant, v. UNITED STATES of America, Appellee.**

Nos. 6626, 6627.

Circuit Court of Appeals, Ninth Circuit.

May 15, 1933.

L. P. Donovan, of Shelby, Mont., and Molumby, Busha & Greenan and Slattery &

Tighe, all of Great Falls, Mont., for appellant.

Wellington D. Rankin, U. S. Atty., and Arthur P. Acher and Sam D. Goza, Jr., Asst. U. S. Attys., all of Helena, Mont.

Before WILBUR, SAWTELLE, and MACK, Circuit Judges.

PER CURIAM.

Upon consideration of the record and briefs, filed in above causes, and after oral argument of counsel for the respective parties, ordered order of District Court in case No. 6626, and judgment of District Court in case No. 6627, affirmed, judgments of affirmance be filed and entered, and mandates issued as provided for by rule 32.

**Fred KUBECK v. UNITED STATES of America.**

No. 4828.

Circuit Court of Appeals, Seventh Circuit.

May 8, 1933.

Clarence W. Nichols and Dixson H. Bynum, both of Indianapolis, Ind., and William A. McClellan, of Muncie, Ind., for appellant.

George R. Jeffrey, U. S. Atty., of Indianapolis, Ind., for appellee.

Before ALSCHULER, EVANS, and SPARKS, Circuit Judges.

PER CURIAM.

On motion of counsel for appellant, it is ordered and adjudged by this court that this appeal be, and the same is hereby, dismissed. It is further ordered that the mandate of this court issue forthwith.